No. 03–10637. GRAY v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. Sup. Ct. Mo. Certiorari denied.

No. 03–10638. CURRY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10639. PERALTA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10640. DUINA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–10641. ZEIGLER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10642. DUBOYS v. BOMBA ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–10643. LIVELY v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–10644. MENDOZA, AKA VIZCARRA-ZAMORA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10645. JACKSON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 03–10646. LAXEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10647. BOWLING v. HAEBERLIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–10649. WALKER v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 03–10650. BEARDSLEE v. BROWN, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10651. WARD v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.